# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**MARINA ISAKOVA,**
*Plaintiff*

V.

**NOBLE PANACEA INC., ET AL.,**
*Defendant*

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **2:26–CV–13921–CCC–CF**

TO: *(Name and address of Defendant):*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**/s Melissa E. Rhoads**

**Clerk of Court**




**ISSUED ON 2026–10–27 08:59:22**, Clerk
USDC NJD

Civil Action No. 2:26-cv-13921

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* NOBLE PANACEA INC. was received by me on *(date)* ______________________.

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* ______________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________, a person of suitable age and discretion who resides there, on *(date)* ______________________, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sofia L. , who is designated by law to accept service of process on behalf of *(name of organization)* NOBLE PANACEA INC. on *(date)* Mon, Nov 09 2026 ; or

☐ I returned the summons unexecuted because: ______________________; or

☐ Other: ______________________; or

My fees are $ ______________________ for travel and $ ______________________ for services, for a total of $ ______________________.

I declare under penalty of perjury that this information is true.

Date: 11.09.2026

Miguel Gonzalez

*Server's signature*

Miguel Gonzalez

*Printed name and title*

Medley Serves & Investigations 200 E. Broadway Ste 410
Maryville, TN 37804

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Nov 9, 2026, 3:58 pm PST at 7700 Irvine Center Drive Ste 800, Irvine, CA 92618 received by Sofia L..
Age: 32; Ethnicity: Caucasian; Gender: Female; Weight: 180; Height: 5'4"; Hair: Brown;
Address is executive suites. Noble Panacea occupies a suite. Left with Sofia L / Receptionist